UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEONA BELLE MATTHEWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:18-cv-00588-JMS-MJD |
| | ) |
| ASPEN TRACE HEALTH AND LIVING COMMUNITY, LLC d/b/a ASPEN TRACE and CARDON & ASSOCIATES, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter having come before the Court on the Stipulation of Dismissal with Prejudice, filed by the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and the Court having fully considered the parties' Stipulation and being otherwise duly advised in the premises, the Court now finds that the Stipulation should be **APPROVED**;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned matter shall be, and is hereby, dismissed in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

Date: 12/17/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.